NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH SHIVERS,  )
                  )
        Appellant,  )
                  )
v.                )          Case No. 2D16-4526
                  )
STATE OF FLORIDA,  )
                  )
        Appellee.  )
_____  )

Opinion filed October 19, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Kenneth L. Shivers, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

          Affirmed.

NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.